DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**S.P.,** the Father,
Appellant,

v.

**DEPARTMENT OF CHILDREN & FAMILIES** and
**STATEWIDE GUARDIAN AD LITEM OFFICE,**
Appellees.

No. 4D2024-0793

[July 16, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Rebecca White, Judge; L.T. Case No. 472022DP000034.

Antony P. Ryan, Regional Counsel, and Richard G. Bartmon, Assistant Regional Counsel of the Office of Criminal Conflict and Civil Regional Counsel, Fourth District, West Palm Beach, for appellant.

Andrew Feingenbaum of Children's Legal Services, West Palm Beach, for appellee Department of Children and Families.

Beth Kathryn Roland, Pro Bono, Defending Best Interests Statewide Guardian ad Litem Office, Family First Firm, Winter Park, and Sara Elizabeth Goldfarb, Statewide Director of Appeals, Statewide Guardian ad Litem Office, Tallahassee, for appellee Statewide Guardian ad Litem Office.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***